UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Victor B. Perkins,                                                          Civil No. 13-1133 (PAM/FLN)

          Plaintiff,

v.                                                                                                **ORDER**

Dr. S. Stanton and
Dr. Diane Hart,

          Defendants.

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Franklin L. Noel, dated February 13, 2014. The R&R recommended that this Court deny Plaintiff's Motion for Summary Judgment as a Result of Default. Plaintiff has not objected to the R&R within the time permitted. The Court therefore **ADOPTS** the R&R (Docket No. 20).

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment as a Result of Default (Docket No. 7) is **DENIED**.

Dated:   March 6, 2014                              *s/Paul A. Magnuson*
                                                                Paul A. Magnuson
                                                                United States District Court Judge